THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 2, 2018



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| IN RE: | Markus D. Fair and Kemeelah N. Fair, | Case No. 18-27468-gmh |
| | Debtors. | Chapter 13 |

### ORDER DISMISSING CASE

The debtors filed this chapter 13 case on August 1, 2018.

On December 6, 2017, the Court ordered, in the previous case filed by the debtors, "Filing fees for any future cases will be due, in full, on the date the petition in that case is filed." CM-ECF, Case No. 17-30783, Doc. No. 23.

The debtors failed to pay the filing fee at the time of filing this case. Accordingly, this case is **dismissed** effectively immediately.

#####